# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:05MC3

| | |
|---|---|
| **DOUG STRINGER and AKINS MOTORSPORTS,** )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**FORD MOTOR COMPANY,** )<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Doug Stringer and Akins Motorsports' Motion to Quash Subpoena and for Protective Order" (Document No. 1), filed April 28, 2005 by Doug Stringer and Akins Motorsports ("Akins"), and the "Motion to Compel and for Sanctions" (Document No. 5), filed May 16, 2005 by Ford Motor Company. Both motions concern the availability of Mr. Stringer for deposition in a case then-pending before the United States District Court for the Eastern District of Michigan, styled as Ford Motor Company v. Kasey Kahne, Case No. 2:04-CV-72525-RHC-VMM (the "Underlying Action"). By letter dated August 3, 2005 from counsel for Mr. Stringer and Akins, the Court was informed that summary judgment was granted in favor of the defendant in the Underlying Action and that the Underlying Action has been dismissed. As such, both motions are moot.

**IT IS, THEREFORE, ORDERED** that "Doug Stringer and Akins Motorsports' Motion to Quash Subpoena and for Protective Order" (Document No. 1) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the "Motion to Compel and for Sanctions" (Document No. 5) is **DENIED AS MOOT**.

The Clerk of Court is instructed to close this matter.

**Signed: August 9, 2005**

David C. Keesler
United States Magistrate Judge